*[handwritten annotations in left margin: Paul S... / dismiss the action. / and / I adopt the report and recommendation which appoints and / 7/1/13]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

————————————————————
                                              )
THERESA H. LUKE,                              )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )        Civil No. 12-11903-PBS
                                              )
U.S. DEPARTMENT OF JUSTICE,                   )
                                              )
        Defendant.                            )
————————————————————)

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S MOTION TO DISMISS

May 17, 2013

SOROKIN, C.M.J.

        The plaintiff, Theresa Luke, sued the Department of Justice ("DOJ") under 5 U.S.C.

§ 552(a)(4)(B) after her Freedom of Information Act ("FOIA") request for access to certain

United States Marshals Service records was administratively denied. See Doc. Nos. 1, 1-1. The

DOJ has moved to dismiss the complaint for failure to state a claim or, in the alternative, for

summary judgment. Doc. No. 14. Luke opposed the motion, Doc. Nos. 16, 17, and requested a

hearing, Doc. No. 18. The Court held a hearing on May 16, 2013, at which the plaintiff and

counsel for the DOJ appeared. Because the information Luke seeks is exempt from the FOIA, I

recommend that the DOJ's motion to dismiss be ALLOWED.[1]

---

[1] It is not necessary to consider the declaration submitted by the DOJ with its motion, as the DOJ is entitled to judgment as a matter of law based on the facts as Luke has presented them in her complaint. Therefore, the Court need not treat the DOJ's motion as one for summary judgment.